IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>ARIEL NICOLE RUSSELL<br>106 BROOKERIDGE DRIVE<br>La Vergne, TN 37086<br>SSN: xxx-xx-0907<br><br>Debtor | Case No. 3:15-bk-00643<br><br>Chapter 13<br><br>Judge Marian F Harrison |

**AGREED ORDER GRANTING MODIFY PLAN TO UTILIZE INSURANCE PROCEEDS TO PAY DOWN SECURED CLAIM OF INSOLVE AUTO FUNDING**

This matter came before the Court on November 20, 2019, on the Debtor's Motion to Modify Plan to Utilize Insurance Proceeds to Pay Down the Secured Claim held by InSolve Auto Funding c/o Capital Recovery Group and to Utilize the Remainder as a result of a total loss of the Debtor's 2016 Hyundai Sonata. As evidenced by the signatures below, it is hereby AGREED and ORDERED as follows:

1. The Debtor shall be permitted to utilize the insurance proceeds as a result of a total loss to the Debtor's 2016 Hyundai Sonata to apply to the balance of the secured claim of InSolve Auto Funding c/o Capital Recovery Group.

2. The lien holder, InSolve Auto Funding c/o Capital Recovery Group, shall be required to provide guarantee of title to Geico upon entry of this order.

3. Geico shall issue a check in the amount of $8,856.43 to the Chapter 13 Trustee.

4. The Chapter 13 Trustee shall disburse the proceeds, minus the Trustee's commission, to InSolve Auto Funding c/o Capital Recovery Group to apply to the secured claim of InSolve Auto Funding (Court Claim #9).

5. InSolve Auto Fuding c/o Capital Recovery Group shall amend their claim upon receipt of the funds to indicate a remaining balance on the claim.

6. The Chapter 13 Trustee shall continue to monthly payments to InSolve Auto Funding c/o Capital Recovery Group until the case is completed or InSovle Auto Funding c/o Capital Recovery Group files a satisfaction of claim indicating that the claim has been paid in full.

7. Flexr Law, PLLC shall apply for additional fees by separate application for work performed in this matter.

8. No other terms of the Debtors' plan shall be affected by this modification.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ Daniel T. Castagna*
Daniel T. Castagna, BPR #022721
Flexer Law, PLLC, Attorney for Debtor
1900 Church Street, Suite 400
Nashville, TN  37203
(615) 255-2893
Fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

**Henry E Hildebrand, III**

Digitally signed by Henry E Hildebrand, III
DN: CN="Henry E Hildebrand, III", E=aoecf@ch13nsh.com
Reason: I am the author of this document
Location: your signing location here
Date: 2019-11-27 12:20:12
Foxit Reader Version: 9.6.0

Henry E. Hildebrand, III
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203
(615) 244-1101
fax: (615) 242-3241
pleadings@ch13nsh.com

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203-0019 | Electronic |
| **US TRUSTEE**<br>OFFICE OF THE UNITED STATES TRUSTEE<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Ariel Russell<br>331 Plus Park Blvd<br>APT #314<br>Nashville, TN 37217 | U.S. Mail First Class |
| Geico Salvage<br>Attn: Claim Number 0658759770101043<br>1355 Lynnfield Rd<br>Memphis, TN 38119 | U.S. Mail First Class<br>Email: cssf@geico.com |
| InSolve Auto Funding<br>c/o Capital Recovery Group<br>PO Box 64090<br>Tucson, AZ 85728 | U.S. Mail First Class<br>Email: servicing@insolveautofunding.com |

5 notices have been served. I have mailed 3 notices and e-mailed 2 notices.

            _/s/ Daniel T. Castagna_
             Daniel T. Castagna

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.